UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Oscar Ramos**, <br><br> Plaintiff, <br> vs. <br><br> **Otilia Berumen Romo, individually and dba Gorditos Mexican Restaurant; Roberto Serrano Romo, individually and dba Gorditos Mexican Restaurant; Dream Light LLC; and Does 1 to 50 inclusive,** <br><br> Defendant. | Case No. 2:24-cv-03347-DJC-JDP <br><br> **Order to Extend Time to Respond to Initial Complaint By More Than 28 Days** |

Upon review of the Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 Days, where upon parties wish to stipulate to move Defendants Otilia Berumen Romo's and Roberto Serrano Romo's present responsive pleading deadline to the Complaint from January 22, 2025 to February 19, 2025 for the purposes of reducing fees and costs while the parties conduct further settlement discussions.

1

**IT IS HEREBY ORDERED** that the Second Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 Days is hereby **GRANTED** and Defendants' new responsive pleading deadline to the Complaint shall be February 19, 2025.

Dated:  January 15, 2025                    /s/ Daniel J. Calabretta
                                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                                 UNITED STATES DISTRICT JUDGE