## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Oscar Ramos**,<br><br>       Plaintiff,<br><br>       vs.<br><br>**Otilia Berumen Romo, individually and dba Gorditos Mexican Restaurant; Roberto Serrano Romo, individually and dba Gorditos Mexican Restaurant; Dream Light LLC; and Does 1 to 50 inclusive,**<br><br>       Defendant. | Case No. 2:24-cv-03347-DJC-JDP<br><br>**Order to Extend Time to Respond to Initial Complaint By More Than 28 Days** |

     Upon review of the Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 Days, where upon parties wish to stipulate to move Defendants Otilia Berumen Romo's and Roberto Serrano Romo's present responsive pleading deadline to the Complaint from February 19, 2025 to March 17, 2025 for the purposes of reducing fees and costs while the parties conduct further settlement discussions,

     **IT IS HEREBY ORDERED** that the Third Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 Days is hereby **GRANTED** and Defendants' new responsive pleading deadline to the Complaint shall be March 17, 2025.

Dated:  February 28, 2025

/s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE