RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289

Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAMOS,<br><br>    Plaintiff,<br><br>    v.<br><br>OTILIA BERUMEN ROMO, ET AL.,<br><br>    Defendant. | Case No.:   2:24-cv-03347-DJC-JDP<br><br>**STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

Plaintiff Oscar Ramos, and defendants, (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants Otilia Berumen Romo and Roberto Serrano Romo is attorney Dan T. Danet of the Karlin Law Firm LLP; attorney for defendant Dream Light LLC is Rachelle Taylor Golden of Golden Law), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs. This agreement was entered into with all defendants.

2. This written settlement contemplates dismissal of this action as against all defendants.

////

1

3. On April 16, 2025, the parties advised the Court that the case had settled. (Docket #17.) The Court then ordered that dispositional documents be filed by May 16, 2025 (Docket #18).

4. Plaintiff expected to have the settlement payment in hand by May 16, 2025, and thus be in a position to dismiss the case. However, not all of the settlement payment has been received. The parties expect that the rest of the payment will be delivered by June 16, 2025, and request that the Court extend the deadline to file dispositional documents until that date.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Oscar Ramos 6/4/2025

The Karlin Law Firm LLP – By: Dan T. Danet /s/ Dan T. Danet

Attorney for Otilia Berumen Romo and Roberto Serrano Romo 6/4/2025

Golden Law – By: Rachelle Taylor Golden /s/ Rachelle Taylor Golden

Attorney for defendant Dream Light LLC 6/4/2025

FILER'S ATTESTATION

I hereby attest that on June 4, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorneys Dan T. Danet and Rachelle Taylor Golden, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

ORDER

Having considered the signatory parties' Stipulation to Extend Deadline to File Dispositional Documents, and for good cause appearing, it is hereby ORDERED:

1. That in the action entitled Ramos v. Romo, et al., Case No. 24-3347 DJC-JDP, the deadline to file dispositional documents is extended to June 16, 2025.

Dated:  June 4, 2025                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE