1   RICHARD MAC BRIDE, SB# 199695
    LAW OFFICES OF RICHARD A. MAC BRIDE
2   855 Marina Bay Parkway, Suite 210
    RICHMOND, CA 94804
3   Phone 415-730-6289
    Attorney for Plaintiff Oscar Ramos
4

5

6

7

8                    UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   OSCAR RAMOS,                           Case No.:   2:24-cv-03347-DJC-JDP

12        Plaintiff,

13        v.                                **STIPULATION OF DISMISSAL WITH
                                            PREJUDICE AND ORDER**
14   OTILIA BERUMEN ROMO, ET AL.,

15        Defendants.

16

17        Plaintiff Oscar Ramos, and defendants, Otilia Berumen Romo, Roberto Serrano Romo,

18   and Dream Light LLC (together, "Defendants") by and through their respective attorneys of

19   record (attorney for plaintiff is Richard A. Mac Bride; attorney for the two Romo defendants is

20   Dan T. Danet; attorney for Dream Light, LLC is Rachelle T. Golden), hereby stipulate as follows:

21        1. Plaintiff entered into a written Settlement Agreement and General Release in this

22           matter whereby he deemed resolved all claims and agreed to the dismissal of the

23           above-captioned action with prejudice with regard to all defendants named in the

24           complaint, all parties to bear their own respective attorney fees and costs. This

25           agreement was entered into with all defendants.

26        2. This written settlement contemplates dismissal of this action as against all defendants.

27   ////

28   ////

                                            1

1    3.  The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties

2        signing this stipulation jointly request that the Court dismiss this action with prejudice

3        with respect to all defendants.

4

5    Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

6    Attorney for Plaintiff Oscar Ramos 6/10/2025

7

8    The Karlin Law Firm LLP – By: Dan T. Danet /s/ Dan T. Danet

9    Attorney for defendants Otilia Romo and Roberto Romo 6/10/2025

10

11   Golden Law A.P.C. – By: Rachelle T. Golden /s/ Rachelle T. Golden

12   Attorney for defendant Dream Light, LLC 6/10/2025

13

14

15                              FILER'S ATTESTATION

16

17   I hereby attest that on June 10, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff

18   herein, received the concurrence of attorneys Dan T. Danet and Rachelle T. Golden, in the filing

19   of this document.

20

21   /s/ Richard A. Mac Bride

22   Richard A. Mac Bride

23

24

25

26

27

28

1                                          ORDER

2

3    Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good

4    cause appearing, it is hereby ORDERED:

5          1.   That the action entitled Ramos v. Romo, et al., Case No. 24-3347 DJC-JDP, in the

6               Eastern District of California, is dismissed with prejudice with respect to all

7               defendants and all causes of action, with each party to bear his/her/its own attorney's

8               fees and costs.

9

10

11   Dated:  June 10, 2025                    /s/ Daniel J. Calabretta
                                             _____
12                                           THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              3